UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CECILE ROBINSON,
          Plaintiff,

V.                                  Case No: 6:14-cv-2113-Orl-18DAB

WELLS FARGO, N.A.,

          Defendant.

## ORDER

This case was referred to United States Magistrate Judge David A. Baker for a report and recommendation on Plaintiff Cecile Robinson's Motion for Leave to Proceed in Forma Pauperis (Doc. 2). On January 7, 2015, Magistrate Baker entered a Report and Recommendation (Doc. 5) regarding same, to which Robinson filed an objection (Doc. 8) on January 21, 2015.

The Court, having reviewed the Report and Recommendation (Doc. 5) and filings in this case, hereby **ORDERS** that the Report and Recommendation (Doc. 5) is **APPROVED** and **ADOPTED**. Plaintiff Cecile Robinson's Motion to Proceed in Forma Pauperis (Doc. 2) is **DENIED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

Additionally, in light of the Complaint (Doc. 1) being dismissed, Robinson's Motion for Extension of Time to File Notice of Pendency (Doc. 6) and Motion for Extension of Time to Send Documents (Doc. 7) are both **DENIED as moot**.

**DONE AND ORDERED** at Orlando, Florida, this _29_ day of January, 2015.

                                                                G. KENDALL SHARP
                                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Party